**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEVEN McBRIDE,

        Plaintiff,

vs.                                                           Case No. 3:06-cv-513-J-32MCR

INDIANA LUMBERMENS MUTUAL
INSURANCE COMPANY, et al.,

        Defendants.

## **ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the Motion to Proceed In Forma Pauperis be denied and that the complaint be dismissed without prejudice to plaintiff filing a paid complaint (Doc. 4). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 4), it is hereby

**ORDERED**:

        1.     The Report and Recommendation (Doc. 4) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. **No later than August 10, 2006** plaintiff shall pay the filing fee to continue the prosecution of this case.  **Plaintiff's failure to pay the filing fee by the August 10, 2006 deadline will result in dismissal of this case without prejudice without further notice.**

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of July, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff